IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 0:04-657-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY CHALK | ) | |
| | ) | |

The defendant has filed a motion to reconsider this court's order (ECF No. 504) denying his motion for a reduction of his sentence (ECF No. 502) under Amendment 750 of to the United States Sentencing Guidelines. For the reasons stated in its March 29, 2012 order, the court will not disturb its ruling. Accordingly, the defendant's motion to reconsider (ECF No. 519) is denied, as well as his request that this court appoint counsel for him on the matter.

The Clerk is directed to forward a copy of this order to the Fourth Circuit Court of Appeals so that the defendant's April 16, 2012 notice of appeal of this court's order (ECF No. 504) may proceed.

IT IS SO ORDERED.

May 1, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge